UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CALVIN MCFARLAND,

  Plaintiff,

v.                                                                         CASE NO.: 3:16-cv-00080-MMH-MCR

ONEMAIN FINANCIAL GROUP, LLC d/b/a
ONEMAIN FINANCIAL,

  Defendant.
_____/

## **NOTICE OF SETTLEMENT**

      Plaintiff, Calvin McFarland, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Calvin McFarland, and Defendant, OneMain Financial Group, LLC d/b/a OneMain Financial, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              /s/*Jared M. Lee*
                                              Jared M. Lee, Esquire
                                              Florida Bar No.: 0052284
                                              Morgan & Morgan, Tampa, P.A.
                                              20 N. Orange Ave. Suite 1600
                                              Orlando, FL 32801
                                              Tele: (407) 420-1414
                                              Fax: (407) 245-3485
                                              JLee@ForThePeople.com
                                              MHoilett@ForThePeope.com
                                              *Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 28th day of November, 2016 a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system to:

David Elliott, Esq.
Florida Bar No.: 0094237
Laura Westerman Tanner, Esq.
Florida Bar No.: 0085573
Burr & Forman, LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
delliott@burr.com
tsmyth@burr.com
ltanner@burr.com;
zhasbini@burr.com
*Counsel for Defendant*

/s/Jared M. Lee
Jared M. Lee, Esquire